UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| **JERRY DALE NICHOLS,**<br>　　Plaintiff,<br><br>v.<br><br>**ANDREW M. SAUL,**<br>**Commissioner of the**<br>**Social Security Administration,**<br>　　Defendant, | Civil Action No. 1:20-cv-00093-SA-RP |

## ORDER GRANTING MOTION TO REMAND

On this date came for consideration Defendant's Unopposed Motion to Remand pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g) filed by the Commissioner of Social Security. Defendant herein, and the Court being advised in the premises, is of the opinion that said Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that this cause be REMANDED to the Commissioner of Social Security pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

THIS the 23rd day of February, 2021.

　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　HONORABLE SHARION AYCOCK
　　　　　　　　　　　　　　　　　　CHIEF JUDGE